UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

vs.

Criminal No. 18-cr-20451

Hon. Denise Page Hood

Francisco Patino,

    Defendant.

_____/

## DEFENDANT'S ACKNOWLEDGMENT OF SUPERSEDING INDICTMENT

I, Francisco Patino, defendant in this case, hereby acknowledge that I have received a copy of the Superseding Indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 1: 18 U.S.C. § 1349; 18 U.S.C. § 1343 –
    Conspiracy to Commit Health Care Fraud and Wire Fraud:
    Maximum of 20 years' imprisonment, a $250,000 fine, or both.

Counts 2-3: 18 U.S.C. §§ 1347 and 2 – Health Care Fraud:
    Maximum of 10 years' imprisonment, a $250,000 fine, or both.

Count 4: 18 U.S.C. § 371 –
    Conspiracy to Defraud the United States and Pay and Receive Health Care Kickbacks
    Maximum of 5 years' imprisonment, the greatest of (1) $250,000 fine and (2) twice the gross gain or twice the gross loss, or both.

Count 5: 18 U.S.C. § 1956(h) – Conspiracy to Commit Money Laundering:
Maximum 20 years' imprisonment, a $500,000 fine or twice the amount involved in the transaction, whichever is greater.

Count 6: 18 U.S.C. §§ 1957 and 2 – Money Laundering
Maximum of 10 years' imprisonment, a $250,000 fine or twice the amount of criminally derived property, or both.

I also understand that the court may impose consecutive sentences if I am convicted of more than one count.

_____
Francisco Patino
Defendant


## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 3-5-2020