UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

    v.

    Francisco Patino,

    Defendant.

Case No: 18-cr-20451

Hon. Denise Page Hood

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following addition of Attorney of record for the above captioned case:

*Add the following AUSA(s):*

Name: Steven Scott
Bar ID: ILLINOIS 6306957
Telephone: (202) 262-6763
Email: Steven.Scott@usdoj.gov

    Matthew Schneider
    U.S. Attorney

    *s/Steven Scott*
    Steven Scott
    Trial Attorney
    U.S. Department of Justice
    Criminal Division, Fraud Section
    211 West Fort Street, Ste 2001
    Detroit, MI 48226

Dated: August 25, 2020