UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff,                                Case No. 18-cr-20451
v.                                                     Hon. Denise Page Hood

Francisco Patino, M.D.,
        Defendant.
                                             /

## MOTION TO SUPPLEMENT EXHIBIT A

The United States of America, by its undersigned attorneys, respectfully requests to supplement Exhibit A to the Government's Response to Defendant's Emergency Motion for Pre-trial Release (filed under seal attached to Docket Entry 167). The proposed supplement (Proposed Exhibit A-1, filed under seal) contains updated medical information spanning the period of time between that covered by Exhibit A and the present. The Defendant does not oppose this motion.

District courts have the inherent power to manage their dockets and courtroom "with a view toward the efficient and expedient resolution of cases." *Dietz v. Bouldin*, 136 S. Ct. 1885, 1892 (2016). Granting leave to supplement here will achieve exactly that goal. These records show the Defendant's COVID-19 symptoms have largely resolved, and that he is anticipated to be discharged back to his housing unit with no restrictions following an isolation period. This information bears directly on the question posed in the Defendant's emergency

motion, namely, whether the Defendant can receive adequate medical care in his current location.

WHEREFORE, the Government respectfully requests that Proposed Exhibit A-1 to the Government's Response to Defendant's Emergency Motion for Pre-trial Release be accepted by this Court as a supplement to Exhibit A.

    Respectfully submitted,

    MATTHEW SCHNEIDER
    United States Attorney

    *s/Kathleen Cooperstein*
    Kathleen Cooperstein
    U.S. Department of Justice
    Criminal Division, Fraud Section
    211 West Fort Street, Ste. 2001
    Detroit, MI 48226
    Phone: (202) 975-2958
    Email:Kathleen.cooperstein@usdoj.gov

Dated:   December 29, 2020

## CERTIFICATE OF SERVICE

I certify that on December 29, 2020, I electronically filed the foregoing document with the Clerk of Court using the ECF system, which will send notification of such filing to counsel for the Defendant.

*s/Kathleen Cooperstein*
Kathleen Cooperstein
U.S. Department of Justice
Criminal Division, Fraud Section
211 West Fort Street, Ste. 2001
Detroit, MI 48226
Phone: (202) 975-2958
Email:Kathleen.cooperstein@usdoj.gov
