# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                           Case No. 18-CR-20451

      Plaintiff,

                           Hon. Denise Page Hood

v.

FRANCISCO PATINO,

      Defendant.

_____

## FINAL LIST OF GOVERNMENT TRIAL EXHIBITS

| No. | Description |
| --- | --- |
| **Summary Exhibits** | |
| GX1 | Patino Clinics, Patino Laboratories, and Other Laboratories: Amount Billed to Medicare |
| GX2 | Patino Clinics, Patino Laboratories, and Other Laboratories: Amount Paid by Medicare |
| GX3 | Medicare Claims by Provider Type |
| GX4 | Patino (Rendering Provider): Amount Billed to Medicare |
| GX5 | Patino (Rendering Provider): Amount Paid by Medicare |
| GX6 | Patino (Rendering Provider): Percentage of Total Claims |
| GX7 | Claims Billed to Medicare at Patino Clinics |
| GX8 | Physicians Paid Most for Facet Injections in the United States |
| GX9 | Patino (Rendering Provider): Office Visit Codes Billed |
| GX10 | Patino (Rendering Provider): Percent of Patients Receiving Injection on Initial Visit |
| GX11 | Patino (Rendering Provider): Percent of Patient Visits with Injections |
| GX12 | Patino (Rendering Provider): Percent of Facet Injections Administered Bilaterally |
| GX13 | Patino (Rendering Provider): Number of Facet Injections Per Facet Injection Session |
| GX14 | Patino (Rendering Provider): Visits with a Quantitative Drug Screen on the Same Day |
| GX15 | Patino Facilities and Other Laboratories: Amounts Billed and Paid for Grzegorz Malysa |
| GX16 | Count 2 – Grzegorz Malysa |
| GX17 | Patino Clinics: Grzegorz Malysa |

| GX18 | Patino Facilities and Other Laboratories: Amounts Billed and Paid for Carol Banks |
|---|---|
| GX19 | Count 3 – Carol Banks |
| GX20 | Patino Clinics: Carol Banks |
| GX21 | Laboratory Drug Testing – Carol Banks (Tests with No Positive Results) |
| GX22 | Laboratory Drug Testing – Grzegorz Malysa (Tests with No Positive Results) |
| GX23 | Medicare Deposits to Patino Entities |
| GX24 | Patino Laboratories Funding Sources |
| GX25 | Patino Laboratories Funding Sources |
| GX26 | Payments to Peter Nielsen/PN Enterprises |
| GX27 | Counts 4 & 6 – Sponsorship Payments Through Josh Burns |
| GX28 | Withdrawals from Patino Entities to Patino |
| GX29 | Patino: Cash Withdrawals |
| GX30 | Patino: Annual Cash Withdrawals |
| GX31 | INTENTIONALLY LEFT BLANK |
| GX32 | INTENTIONALLY LEFT BLANK |
| GX33 | Patino Cash Transaction Example: Gordon Chevrolet |
| GX34 | Patino Cash Transaction Example: Greenstone's |
| GX35 | RenAMI Accounts: Use of Funds |
| GX36 | RenAMI: Purchases for the Benefit of Patino |
| GX37 | RenAMI: Purchases for the Benefit of Patino (cont.) |
| GX38 | RenAMI: Purchases for the Benefit of Patino (cont.) |
| GX39 | RenAMI: Purchases for the Benefit of Patino (cont.) |
| GX40 | RenAMI: Purchases for the Benefit of Patino (cont.) |
| GX41 | RenAMI: Purchases for the Benefit of Patino (cont.) |
| GX42 | Patino: 2018 Cadillac Escalade ESV |
| GX43 | Patino Travel: Cruises and Shipboard Charges |
| GX44 | INTENTIONALLY LEFT BLANK |
| GX45 | INTENTIONALLY LEFT BLANK |
| GX46 | Patino: Schedule II – V (Narcotics): Average Daily MME, 2012-2018 |
| GX47 | Patino Beneficiaries Receiving Facet Injections Before, During, and After Visiting Patino Clinics |
| **Medicare Documents** ||
| GX101 | FDRS 855B Enrollment Application – 2013-2014 |
| GX102 | FDRS 855B Enrollment Application – 2018 |
| GX103 | FDRS 855I Enrollment Application – 2018 |
| GX104 | FDRS 855R Enrollment Application – 2014 |
| GX105 | FDRS 855R Enrollment Application – 2015 |
| GX106 | FDRS EDI – May 15, 2014 |
| GX107 | FDRS EDI – May 19, 2014 |
| GX108 | FDRS EFT – 2015 |
| GX109 | FDRS Medicare Approval Letter – Feb. 12, 2018 |

| | |
|---|---|
| GX110 | Global Quality 855B Enrollment Application - 2011 |
| GX111 | Global Quality 855B Enrollment Application – 2013 |
| GX112 | Global Quality 855R Enrollment Application –2009 |
| GX113 | Global Quality EFT – 2012 |
| GX114 | INTENTIONALLY LEFT BLANK |
| GX115 | INTENTIONALLY LEFT BLANK |
| GX116 | Patino Labs 855B Enrollment Application – Mar. 2015 |
| GX117 | Patino Labs 855B Enrollment Application Revised – June 2015 |
| GX118 | Patino Labs 855B Enrollment Application Second Revised – June 2015 |
| GX119 | Patino Labs 855B Enrollment Application Third Revised – June 2015 |
| GX120 | Patino Labs 855B Enrollment Application – Aug. 2015 |
| GX121 | Patino Labs 855B Enrollment Application – Sep. 2015 |
| GX122 | Patino Labs 855B Enrollment Application Revised – Sep. 2015 |
| GX123 | Patino Labs 855R Enrollment Application – Nov. 2015 |
| GX124 | Patino Labs Certificate of Registration |
| GX125 | Patino Labs Denial Letter – June 11, 2015 |
| GX126 | Patino Labs EFT – May 2015 |
| GX127 | Patino Labs EFT – August 2015 |
| GX128 | Patino Labs Medicare Approval Letter – Sep. 24, 2015 |
| GX129 | Patino Medicare Approval Letter – June 26, 2018 |
| GX130 | RenAMI 855B Enrollment Application – Mar. 2018 |
| GX131 | RenAMI 855B Enrollment Application – May 2018 |
| GX132 | RenAMI 855I Enrollment Application – 2009 |
| GX133 | RenAMI 855I Enrollment Application – 2010 |
| GX134 | RenAMI 855I Enrollment Application – Oct. 10, 2013 |
| GX135 | RenAMI 855I Enrollment Application – Oct. 14, 2013 |
| GX136 | RenAMI 855I Enrollment Application – May 2018 |
| GX137 | RenAMI 855I Enrollment Application – May 2018 (Section 8 Only) |
| GX138 | RenAMI 855I Enrollment Application – June 2018 |
| GX139 | RenAMI EDI – 2010 |
| GX140 | RenAMI EDI – 2015 |
| GX141 | RenAMI EDI – 2016 |
| GX142 | RenAMI EFT – 2008 |
| GX143 | RenAMI EFT – 2010 |
| GX144 | RenAMI Medicare Approval Letter – June 2018 |
| **Medicare Data** | |
| GX201 | Patino MAPS Data – May 1, 2018 |
| GX202 | Patino MAPS Data – Jan. 1, 2013 to Apr. 27, 2016 |
| GX203 | Part B Claims Data – Ameridrug Lab |
| GX204 | Part  B Claims Data – Aqua Therapy and Pain Management |
| GX205 | Part B Billing Provider Summary – FDRS |

| GX206 | Part B Claims Data – Global Quality |
|---|---|
| GX207 | Part B Billing Provider Summary – Patino Labs |
| GX208 | Part B Billing Provider Summary - RenAMI |
| GX209 | Part B Billing Provider Summary – Synergy |
| GX210 | Part B Claims Data – Tri-County |
| GX211 | Part B Peer Data by NPI |
| GX212 | Part B Claims Data - Billing Provider Peer Code Group 1 |
| GX213 | Part B Claims Data - Billing Provider Peer Code Group 2 |
| GX214 | Beneficiary Claims History – 2008-2014 |
| GX215 | Beneficiary Claims History – 2014-2020 |
| GX216 | INTENTIONALLY LEFT BLANK |
| GX217 | INTENTIONALLY LEFT BLANK |
| GX218 | INTENTIONALLY LEFT BLANK |
| GX219 | Time Study Report – Patino |
| GX220 | CMS Physician Time Spreadsheet – 2009 |
| GX221 | CMS Physician Time Spreadsheet – 2010 |
| GX222 | CMS Physician Time Spreadsheet – 2011 |
| GX223 | CMS Physician Time Spreadsheet – 2012 |
| GX224 | CMS Physician Time Spreadsheet – 2013 |
| GX225 | CMS Physician Time Spreadsheet – 2014 |
| GX226 | CMS 1612-F Physician Time Spreadsheet – Feb. 15, 2015 |
| GX227 | CMS 1631-P Work-Time Spreadsheet – July 15, 2015 |
| GX228 | CMS 1654-F Work-Time Spreadsheet – 2016 |
| GX229 | CMS 1676-F Work-Time Spreadsheet – Oct. 30, 2017 |
| **Medicare Contractor Investigations** ||
| GX301 | INTENTIONALLY LEFT BLANK |
| GX302 | INTENTIONALLY LEFT BLANK |
| GX303 | WPS Notice of Review – Apr. 15, 2015 |
| **LARA Files** ||
| GX401 | INTENTIONALLY LEFT BLANK |
| GX402 | INTENTIONALLY LEFT BLANK |
| GX403 | INTENTIONALLY LEFT BLANK |
| GX404 | INTENTIONALLY LEFT BLANK |
| GX404-1 | Bartys-Loftis Letter |
| GX405 | INTENTIONALLY LEFT BLANK |
| GX406 | LARA Report of Top Prescribers of Oxycodone 30mg in State of Michigan – 2016/2017 |
| **Search Warrant Materials** ||
| GX501 | INTENTIONALLY LEFT BLANK |
| GX502 | INTENTIONALLY LEFT BLANK |
| GX503 | Aprima Calendar – Patino – Mar. 26, 2019 |
| GX504 | Aprima Calendar – Patino Only at Tri-County – Nov. 15, 2018 |

| | |
|---|---|
| GX505 | Cigna Response re: Rita Holly Claim – May 14, 2015 |
| GX506 | INTENTIONALLY LEFT BLANK |
| GX507 | INTENTIONALLY LEFT BLANK |
| GX508 | INTENTIONALLY LEFT BLANK |
| GX509 | INTENTIONALLY LEFT BLANK |
| GX510 | INTENTIONALLY LEFT BLANK |
| GX511 | INTENTIONALLY LEFT BLANK |
| GX512 | INTENTIONALLY LEFT BLANK |
| GX513 | Patino – Injection Schedules – June 12, 20, 21 and 22, 2018 |
| GX514 | INTENTIONALLY LEFT BLANK |
| GX515 | Patino Ledger Notes |
| GX516 | INTENTIONALLY LEFT BLANK |
| GX517 | INTENTIONALLY LEFT BLANK |
| GX518 | Patino Patient MAPS Data with Notes |
| GX519 | INTENTIONALLY LEFT BLANK |
| GX520 | INTENTIONALLY LEFT BLANK |
| GX521 | INTENTIONALLY LEFT BLANK |
| GX522 | RenAMI Staff Memo – Apr. 24, 2013 |
| GX523 | INTENTIONALLY LEFT BLANK |
| GX524 | INTENTIONALLY LEFT BLANK |
| GX525 | Sticky Note Re: T9-T12 and L3-S1 |
| GX526 | Synergy Client Profile |
| GX527 | INTENTIONALLY LEFT BLANK |
| GX528 | INTENTIONALLY LEFT BLANK |
| GX529 | Printed Correspondence Regarding Radio Frequency Ablasion |
| **Patient Files** | |
| GX601 | Patino – Superbills |
| GX601 A | Jonathan Reed |
| GX601 B | Leslie Smith |
| GX601 C | William James |
| GX601 D | Angelo Buchanan |
| GX601 E | Michael Woody |
| GX601 F | Sylvester Kirkwood |
| GX601 G | Marvin Jones |
| GX601 H | Kelvin Simmons |
| GX601 I | Tonya Lewis |
| GX601 J | Water Grimes |
| GX601 K | Tonya Calhoun |
| GX601 L | Ed Turner |
| GX601 M | Deonna Murray |
| GX601 N | Donna Williams |

| | |
|---|---|
| GX601 O | Arturo Ayers |
| GX601 P | Georgine Jones |
| GX601 Q | Patricia Jones |
| GX601 R | Clarence Straughn |
| GX601 S | Michael Davis |
| GX601 T | Jeffery Johnson |
| GX601 U | Victor Bartolo |
| GX601 V | Carol Reaves |
| GX601 W | Donna Williams |
| GX601 X | Rodney Brandon |
| GX601 Y | Ellis Burton Jr. |
| GX601 Z | Yolanda Bullard |
| GX601 AA | Terrence Lewis |
| GX601 BB | Gilbert Winston |
| GX601 CC | Obed Petties |
| GX601 DD | Tiffani Martin |
| GX602 | Patient File – Johnnie Allen |
| GX603 | Aprima Patient File – Johnnie Allen |
| GX604 | Patient File – Arturo Ayers |
| GX605 | Patient File – Carol Banks |
| GX606 | Aprima Patient File – Carol Banks |
| GX607 | Westland Medical Clinic Patient File – Carol Banks |
| GX608 | Patient File – Gary Davis |
| GX609 | Patient File – Grzegorz Malysa |
| GX610 | Aprima Patient File – Grzegorz Malysa |
| GX611 | Beaumont Family Clinic Patient File - Grzegorz Malysa |
| GX612 | Patient File – Vivian Miles |
| GX613 | Aprima Patient File - Vivian Miles |
| GX614 | Vivienne Miles EMR Patient File (RENAMI) |
| GX615 | Aprima Patient File – Lynn Nejame |
| GX616 | Patient File – Kim Rieck |
| GX617 | Patient File – Jennifer Troumur |
| GX618 | INTENTIONALLY LEFT BLANK |
| GX619 | Aprima Patient File – Terry Fuller Sr. |
| GX620 | James Allen EMR Patient File |
| GX621 | Garoy Anderson EMR Patient File |
| GX 622 | 2021-3-1 - Aprima Patient File - James Gladstone |
| GX 623 | Gladstone, James Blue Patient File |
| **Cellular Telephone Evidence** | |
| GX701 | INTENTIONALLY LEFT BLANK |
| GX702 | Patino – Faber – Aug. 28, 2013 to Aug. 31, 2013 |

| | |
|---|---|
| GX703 | Patino – Faber – Dec. 14, 2013 to May 24, 2014 |
| GX704 | Patino – Faber – Aug. 5, 2014 to Oct. 22, 2014 |
| GX705 | Patino – Faber – Nov. 12, 2014 to Dec. 12, 2015 |
| GX706 | Rashid – Betro – Nov. 1, 2015 |
| GX707 | INTENTIONALLY LEFT BLANK |
| GX708 | Patino – Cauley – July 6, 2017 |
| GX709 | INTENTIONALLY LEFT BLANK |
| GX710 | Patino – Weaver – July 21, 2017 |
| GX711 | Patino – Peddireddy – Aug. 18, 2017 |
| GX712 | INTENTIONALLY LEFT BLANK |
| GX713 | Patino – Kathleen Kinney – Oct.11, 2017 – May 15, 2018 |
| GX714 | Patino – Bray – Oct. 17, 2017 |
| GX715 | INTENTIONALLY LEFT BLANK |
| GX716 | Patino – Cauley – Nov. 20, 2017 |
| GX717 | Patino – Gamble – Dec. 4, 2017 |
| GX718 | INTENTIONALLY LEFT BLANK |
| GX719 | Patino – Green – Mar. 2, 2018 |
| **Emails** | |
| GX801 | INTENTIONALLY LEFT BLANK |
| GX802 | INTENTIONALLY LEFT BLANK |
| GX803 | INTENTIONALLY LEFT BLANK |
| GX804 | 2012.05.23-24 Emails between Mashiyat Rashid, Frank Patino, and Jeff Mahoney re: "Per our phone conversation" |
| GX805 | INTENTIONALLY LEFT BLANK |
| GX806 | 2013.02.15 to .16 Emails between Mashiyat Rashid, Frank Patino, Chaundra Marshall, and Glenn Saperstein re "Billing Question" |
| GX807 | INTENTIONALLY LEFT BLANK |
| GX808 | INTENTIONALLY LEFT BLANK |
| GX809 | INTENTIONALLY LEFT BLANK |
| GX810 | 2012.07.16 Email from Joseph Betro to Mashiyat Rashid re: "Contract" |
| GX811 | 2012.07.19 Email from Mashiyat Rashid to sjpmd@buckeye-express.com re "Payroll Request" |
| GX812 | 2012.09.26 to .27 Emails between Frank Patino and Mashiyat Rashid re "today-aprima down in Livonia…" |
| GX813 | INTENTIONALLY LEFT BLANK |
| GX814 | 2013.04.22 Email from Mashiyat Rashid to Frank Patino re "PM&R CODES for multi-specialty" |
| GX815 | INTENTIONALLY LEFT BLANK |
| GX816 | 2013.05.09 Emails between Mashiyat Rashid and Physicians re: "Per Our Conversation" |
| GX817 | INTENTIONALLY LEFT BLANK |
| GX818 | INTENTIONALLY LEFT BLANK |
| GX819 | 2013.05.10 Email from Mashiyat Rashid to Physicians re: "Per Our Conversation" |

| | |
|---|---|
| GX820 | 2013.05.13 Email from Mashiyat Rashid to Physicians re: "CPT Codes" |
| GX821 | INTENTIONALLY LEFT BLANK |
| GX822 | INTENTIONALLY LEFT BLANK |
| GX823 | 2013.06.24 Abdul Haq to Mashiyat Rashid re: "BCBS Patients" |
| GX824 | INTENTIONALLY LEFT BLANK |
| GX825 | INTENTIONALLY LEFT BLANK |
| GX826 | INTENTIONALLY LEFT BLANK |
| GX827 | INTENTIONALLY LEFT BLANK |
| GX828 | 2013.10.07 Mashiyat Rashid to Desi Gamble, Spilios Pappas, Kashif Rasool, Frank Patino, Joseph Betro, Yasser Mozeb, Chaundra Marshall re: "Moving Forward" (with attachment) |
| GX829 | INTENTIONALLY LEFT BLANK |
| GX830 | INTENTIONALLY LEFT BLANK |
| GX831 | INTENTIONALLY LEFT BLANK |
| GX832 | INTENTIONALLY LEFT BLANK |
| GX833 | INTENTIONALLY LEFT BLANK |
| GX834 | INTENTIONALLY LEFT BLANK |
| GX835 | INTENTIONALLY LEFT BLANK |
| GX836 | INTENTIONALLY LEFT BLANK |
| GX837 | INTENTIONALLY LEFT BLANK |
| GX838 | INTENTIONALLY LEFT BLANK |
| GX839 | INTENTIONALLY LEFT BLANK |
| GX840 | INTENTIONALLY LEFT BLANK |
| GX841 | INTENTIONALLY LEFT BLANK |
| GX842 | INTENTIONALLY LEFT BLANK |
| GX843 | INTENTIONALLY LEFT BLANK |
| GX844 | INTENTIONALLY LEFT BLANK |
| GX845 | INTENTIONALLY LEFT BLANK |
| GX846 | INTENTIONALLY LEFT BLANK |
| GX847 | 2016.06.17 Emails between Frank Patino and Frauke Simon re "Taxes" |
| GX848 | 2016.06.26 Frank Patino to Frauke Simon re "Meeting regarding spreadsheet" |
| GX849 | 2016.07.06 Email from Henry Patino to Frank Patino re "Research regarding our conversation" |
| GX850 | INTENTIONALLY LEFT BLANK |
| GX851 | INTENTIONALLY LEFT BLANK |
| GX852 | INTENTIONALLY LEFT BLANK |
| GX853 | INTENTIONALLY LEFT BLANK |
| GX854 | INTENTIONALLY LEFT BLANK |
| GX855 | 2017.09.10 Emails between Frank Patino, Frauke Simon, and Desi Gamble re "Tax Burden for 2013, 2014 & 2015" |
| **Miscellaneous** | |
| GX901 | INTENTIONALLY LEFT BLANK |

8

| GX902 | 2018 Cadillac Escalade Documents |
|---|---|
| GX903 | INTENTIONALLY LEFT BLANK |
| GX904 | INTENTIONALLY LEFT BLANK |
| GX905 | INTENTIONALLY LEFT BLANK |
| GX906 | INTENTIONALLY LEFT BLANK |
| GX907 | For Your Information Invoices and Work Product (Melody Ondejko) |
| GX908 | Gordon Chevrolet IRS Form 8300 |
| GX909 | Greenstone's Fine Jewelry Invoices |
| GX910 | INTENTIONALLY LEFT BLANK |
| GX911 | Louis Vuitton Receipts |
| GX912 | Peter Nielsen – Contracts and Invoices |
| GX913 | INTENTIONALLY LEFT BLANK |
| GX914 | INTENTIONALLY LEFT BLANK |
| GX915 | INTENTIONALLY LEFT BLANK |
| GX916 | INTENTIONALLY LEFT BLANK |
| GX917 | INTENTIONALLY LEFT BLANK |
| GX918 | Tri-County Staff Memo (2013) - Saperstein, Glenn |
| GX919 | INTENTIONALLY LEFT BLANK |
| GX920 | The Age of Globesity- Entering the Perfect Storm |
| **Financial Records** | |
| GX1001 | Aqua Therapy – Credit Union One x9567 - Checks |
| GX1002 | Aqua Therapy – Credit Union One x9567 - Statements |
| GX1003 | Aqua Therapy – JPMC x9902 – All Items |
| GX1004 | Aqua Therapy – JPMC x9902 – Deposits (2010-2012) |
| GX1005 | FDRS – Bank of America x7059 – Debits |
| GX1006 | FDRS – Bank of America x7059 – Deposit Checks |
| GX1007 | FDRS – Bank of America x7059 – Deposited Checks |
| GX1008 | FDRS – Bank of America x7059 – Sig Card |
| GX1009 | FDRS – Bank of America x7059 – Statements |
| GX1010 | FDRS – Bank of Ann Arbor x4384 – Cashier's Checks |
| GX1011 | FDRS – Bank of Ann Arbor x4384 – Checks (Oct. 2017-Mar. 2018) |
| GX1012 | FDRS – Bank of Ann Arbor x4384 – Checks (Feb. 2015-Feb. 2017) |
| GX1013 | FDRS – Bank of Ann Arbor x4384 – Corporate Resolution |
| GX1014 | FDRS – Bank of Ann Arbor x4384 – Credits (Mar.-Apr. 2016) |
| GX1015 | FDRS – Bank of Ann Arbor x4384 – Debits (Mar.-Apr. 2016) |
| GX1016 | FDRS – Bank of Ann Arbor x4384 – Deposits (Mar.-Apr. 2018) |
| GX1017 | FDRS – Bank of Ann Arbor x4384 – Deposits (Oct. 2017-Mar. 2018) |
| GX1018 | FDRS – Bank of Ann Arbor x4384 – Deposits |
| GX1019 | FDRS – Bank of Ann Arbor x4384 – Sig Card |
| GX1020 | FDRS – Bank of Ann Arbor x4384 – Statements (Mar.-Apr. 2016) |
| GX1021 | FDRS – Bank of Ann Arbor x4384 – Statements (Oct. 2017-Mar. 2018) |

| GX1022 | FDRS – Bank of Ann Arbor x4384 – Statements |
|---|---|
| GX1023 | FDRS – Zeal Credit Union x3808 & x3816 – Banking Records |
| GX1024 | Gamble – Wings Financial x1072 - Statements |
| GX1025 | Gamble – Wings Financial x1881 & x8800 – Deposits and Withdrawals |
| GX1026 | Gamble – Wings Financial x1881 & x8800 – Statements |
| GX1027 | Gamble – Wings Financial x1881 – Checks |
| GX1028 | Gamble – Wings Financial x1881 – Wires |
| GX1029 | Global Quality - AE x1005 - Account Payments |
| GX1030 | Global Quality - AE x1005 - Statements |
| GX1031 | Global Quality - Capital One x0285 - Payments |
| GX1032 | Global Quality - Capital One x0285 - Statements |
| GX1033 | Global Quality - Credit Union One x9644 - All Items |
| GX1034 | Global Quality - Credit Union One x9644 - Misc Check 2012 |
| GX1035 | Global Quality - JPMC x6472 - All Items |
| GX1036 | Global Quality - JPMC x8453 - All Items |
| GX1037 | Global Quality - JPMC x8453 - Deposits (2010-2012) |
| GX1038 | Health Care Connection LLC – Wells Fargo x0446 – Checks |
| GX1039 | Health Care Connection LLC – Wells Fargo x0446 – Sig. Card |
| GX1040 | Health Care Connection LLC – Wells Fargo x0446 – Statements |
| GX1041 | Health Care Connection LLC – Wells Fargo x0446 – Deposits |
| GX1042 | Health Care Connection LLC – Wells Fargo x9865 – Checks |
| GX1043 | Health Care Connection LLC – Wells Fargo x9865 – Deposits |
| GX1044 | Health Care Connection LLC – Wells Fargo x9865 – Sig. Card |
| GX1045 | Health Care Connection LLC – Wells Fargo x9865 – Statements |
| GX1046 | JHB Medical Management Company LLC – Bank of America x6770 – Account Info |
| GX1047 | JHB Medical Management Company LLC – Bank of America x6770 – Sig. Card |
| GX1048 | JHB Medical Management Company LLC – Bank of America x6770 – Statements |
| GX1049 | JHB Medical Management Company LLC – Bank of America x6770 – Wires |
| GX1050 | Joshua Burns – Bank of America x8982 – Cashier's Checks |
| GX1051 | Joshua Burns – Bank of America x8982 – Debits |
| GX1052 | Joshua Burns – Bank of America x8982 – Deposit Tickets |
| GX1053 | Joshua Burns – Bank of America x8982 – Deposited Checks |
| GX1054 | Joshua Burns – Bank of America x8982 – Sig. Card |
| GX1055 | Joshua Burns – Bank of America x8982 – Statements |
| GX1056 | Joshua Burns – Bank of America x8982 – Wires |
| GX1057 | MMED Solutions – Wings Financial x7648 and x6023 – Account Opening Documents |
| GX1058 | MMED Solutions – Wings Financial x7648 and x6023 – Deposits and Withdrawals |
| GX1059 | MMED Solutions – Wings Financial x7648 and x6023 – Statements |
| GX1060 | MMED Solutions – Wings Financial x7648 – Checks (2017) |

| GX1061 | MMED Solutions – Wings Financial x7648 – Checks |
|---|---|
| GX1062 | MMED Solutions – Wings Financial x9977 and x5932 – Account Opening Documents |
| GX1063 | MMED Solutions – Wings Financial x9977 and x5932 – Deposits and Withdrawals |
| GX1064 | MMED Solutions – Wings Financial x9977 and x5932 – Statements |
| GX1065 | MMED Solutions – Wings Financial x9977 and x5932 – Cashier's Check |
| GX1066 | MMED Solutions – Wings Financial x9977 and x5932 – Checks |
| GX1067 | Francisco Patino – Bank of America x2521 – Loan Transaction History |
| GX1068 | Francisco Patino – Chase Bank x2905 – Statements and Checks |
| GX1069 | Francisco Patino – Chase Bank x2905 – Sig Card |
| GX1070 | Francisco Patino – Chase Bank x4831 – Sig Card |
| GX1071 | Francisco Patino – Chase Bank x4831 – Statements and Checks |
| GX1072 | Francisco Patino – Chase Bank x9075 – Sig Card |
| GX1073 | Francisco Patino – Chase Bank x9075 – Statements and Checks |
| GX1074 | Francisco Patino – Chase Bank x9587 – Sig Card |
| GX1075 | Francisco Patino – Chase Bank x9587 – Statements and Checks |
| GX1076 | Francisco Patino – Co-Op Services Credit Union x3626 and x3634 – All Items |
| GX1077 | Francisco Patino – Bank of America x0487 – Wire Transfers |
| GX1078 | Francisco Patino – Bank of America x0487 – Debits |
| GX1079 | Francisco Patino – Bank of America x0487 – Deposit Tickets (2013) |
| GX1080 | Francisco Patino – Bank of America x0487 – Deposit Tickets |
| GX1081 | Francisco Patino – Bank of America x0487 – Deposited Checks (June 2013-Aug. 2013) |
| GX1082 | Francisco Patino – Bank of America x0487 – Deposited Checks |
| GX1083 | Francisco Patino – Bank of America x0487 – Sig. Card (2010) |
| GX1084 | Francisco Patino – Bank of America x0487 – Sig. Card |
| GX1085 | Francisco Patino – Bank of America x0487 – Statements (Dec. 2010-July 2014) |
| GX1086 | Francisco Patino – Bank of America x0487 – Statements (Mar. 2013-July 2014) |
| GX1087 | Francisco Patino – Bank of America x0487 – Statements (Mar. 2012-Feb. 2013) |
| GX1088 | Francisco Patino – Bank of America x0487 – Wires (2013) |
| GX1089 | Francisco Patino – Bank of America x0550 – Statements (May 2018-Jan. 2020) |
| GX1090 | Francisco Patino – Bank of America x0895 – Statements |
| GX1091 | Francisco Patino – Bank of America x0895 – All Items |
| GX1092 | Francisco Patino – Bank of America x2146 – Wire Transfers |
| GX1093 | Francisco Patino – Bank of America x2146 – Debits |
| GX1094 | Francisco Patino – Bank of America x2146 – Deposit Tickets (Mar. 2013-Nov. 2013) |
| GX1095 | Francisco Patino – Bank of America x2146 – Deposit Tickets |
| GX1096 | Francisco Patino – Bank of America x2146 – Deposited Checks (Mar. 2013-Nov. 2013) |
| GX1097 | Francisco Patino – Bank of America x2146 – Deposited Checks |
| GX1098 | Francisco Patino – Bank of America x2146 – Sig. Card |

| GX1099 | Francisco Patino – Bank of America x2146 – Statements (Feb. 2013) |
|---|---|
| GX1100 | Francisco Patino – Bank of America x2146 – Statements (Mar. 2013-July 2014) |
| GX1101 | Francisco Patino – Bank of America x2146 – Statements |
| GX1102 | Francisco Patino – Bank of America x2146 – Withdrawal Images |
| GX1103 | Francisco Patino – Bank of America x2177 – All Items |
| GX1104 | Francisco Patino – Bank of America x2177 – Statements |
| GX1105 | Francisco Patino – Bank of America x5079 – All Items |
| GX1106 | Francisco Patino – Bank of America x5079 – Statements (Sep. 2013-June 2016) |
| GX1107 | Francisco Patino – Bank of America x7249 – Statements (Aug. 2017-Mar. 2018) |
| GX1108 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Sig Card |
| GX1109 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – ATM Deposits (Feb.-Mar. 2016) |
| GX1110 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – ATM Deposits |
| GX1111 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Cashier's Checks |
| GX1112 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Checks (Oct. 2017-Mar. 2018) |
| GX1113 | Francisco and Corina Patino – Bank of Ann Arbor x3344 –  Checks |
| GX1114 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Deposits |
| GX1115 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Statements (Mar.-Apr. 2016 |
| GX1116 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Statements (Oct. 2017-Mar. 2018) |
| GX1117 | Francisco and Corina Patino – Bank of Ann Arbor x3344 – Statements |
| GX1118 | Francisco and Corina Patino – Bank of America x0869 – Debits |
| GX1119 | Francisco and Corina Patino – Bank of America x0869 – Deposit Tickets |
| GX1120 | Francisco and Corina Patino – Bank of America x0869 – Deposited Checks |
| GX1121 | Francisco and Corina Patino – Bank of America x0869 – Sig Card |
| GX1122 | Francisco and Corina Patino – Bank of America x0869 – Statements (May 2012-Feb. 2013) |
| GX1123 | Francisco and Corina Patino – Bank of America x0869 – Statements |
| GX1124 | Francisco and Corina Patino – Bank of America x2447 – Deposit Tickets (Aug. 2017-Mar. 2018) |
| GX1125 | Francisco and Corina Patino – Bank of America x2447 – Deposited Checks (Aug. 2017-Mar. 2018) |
| GX1126 | Francisco and Corina Patino – Bank of America x2447 – Sig Card |
| GX1127 | Francisco and Corina Patino – Bank of America x2447 – Statements (Aug. 2017-Mar. 2018) |
| GX1128 | Francisco and Corina Patino – Bank of America x2447 – Wire Transfers |
| GX1129 | Francisco and Corina Patino – Bank of America x2447 – Debits (Mar. 2013-May 2016) |
| GX1130 | Francisco and Corina Patino – Bank of America x2447 – Debits |
| GX1131 | Francisco and Corina Patino – Bank of America x2447 – Deposit Tickets (Mar. 2013-July 2018) |

| GX1132 | Francisco and Corina Patino – Bank of America x2447 – Deposited Checks (Mar. 2013-June 2016) |
|---|---|
| GX1133 | Francisco and Corina Patino – Bank of America x2447 – Statements (Mar. 2013-Oct. 2018) |
| GX1134 | Francisco and Corina Patino – Bank of America x2447 – Statements (Nov. 2012-Feb. 2013) |
| GX1135 | Francisco and Corina Patino – Bank of America x2447 – Deposit Tickets (Mar.-May 2018) |
| GX1136 | Francisco and Corina Patino – Bank of America x2447 – Deposited Checks (Mar.-May 2018) |
| GX1137 | Francisco and Corina Patino – Bank of America x2447 – Statements (Mar.-May 2018) |
| GX1138 | Patino Labs – Bank of America x2894 – Debits |
| GX1139 | Patino Labs – Bank of America x2894 – Deposit Tickets |
| GX1140 | Patino Labs – Bank of America x2894 – Deposited Checks |
| GX1141 | Patino Labs – Bank of America x2894 – Sig. Card |
| GX1142 | Patino Labs – Bank of America x2894 – Statements |
| GX1143 | Patino Labs – Bank of America x2894 – Wires |
| GX1144 | Patino Labs – Bank of America x2894 and x6893 – Transaction Report |
| GX1145 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Affidavit of Sole Member LLC |
| GX1146 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Business Loan Agreement |
| GX1147 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Loan Committee Memo |
| GX1148 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Loan Transaction History |
| GX1149 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Patino Guaranty |
| GX1150 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Promissory Note |
| GX1151 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Ren Age Commercial Security Agreement |
| GX1152 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Ren Age Guaranty |
| GX1153 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Ren Age Resolution Grant Collateral |
| GX1154 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Resolution to Grant Collateral |
| GX1155 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Resolution to Grant Collateral (2) |
| GX1156 | Patino Labs – Bank of Ann Arbor Loan No. 101233 – Security Agreement |
| GX1157 | Patino Labs – Bank of Ann Arbor x4376 – Cashier's Checks |
| GX1158 | Patino Labs – Bank of Ann Arbor x4376 – Checks (Oct. 2017-Mar. 2018) |
| GX1159 | Patino Labs – Bank of Ann Arbor x4376 – Checks |
| GX1160 | Patino Labs – Bank of Ann Arbor x4376 – CTR |
| GX1161 | Patino Labs – Bank of Ann Arbor x4376 – Deposits (Apr.-June 2018) |
| GX1162 | Patino Labs – Bank of Ann Arbor x4376 – Deposits (Oct. 2017-Mar. 2018) |
| GX1163 | Patino Labs – Bank of Ann Arbor x4376 – Deposits |
| GX1164 | Patino Labs – Bank of Ann Arbor x4376 – Resolution |

| GX1165 | Patino Labs – Bank of Ann Arbor x4376 – Sig. Card |
| GX1166 | Patino Labs – Bank of Ann Arbor x4376 – Statements (Oct. 2017-Mar. 2018) |
| GX1167 | Patino Labs – Bank of Ann Arbor x4376 – Statements |
| GX1168 | Patino Labs – Bank of Ann Arbor x4376 – Wire Transfers |
| GX1169 | Patino Labs – Co-Op Services credit Union x1546 and x1553 – All Items |
| GX1170 | PN Enterprises, LLC – Comerica x0378 – Deposits and Withdrawals |
| GX1171 | PN Enterprises, LLC – Comerica x0378 – Sig. Card |
| GX1172 | PN Enterprises, LLC – Comerica x0378 – Statements and Checks |
| GX1173 | PN Enterprises, LLC – Comerica x0378 – Wire Transfers |
| GX1174 | RenAMI – ADP Earnings Record 2011 |
| GX1175 | RenAMI – ADP Earnings Record 2012 |
| GX1176 | RenAMI – ADP Employee Summaries 2012 Q4 |
| GX1177 | RenAMI – ADP Earnings Record 2013 |
| GX1178 | RenAMI – ADP Employee Summaries 2013 Q4 |
| GX1179 | RenAMI – ADP Earnings Record 2014 |
| GX1180 | RenAMI – ADP Employee Summaries 2014 Q4 |
| GX1181 | RenAMI – ADP Earnings Record 2015 |
| GX1182 | RenAMI – ADP Employee Summaries 2015 Q4 |
| GX1183 | RenAMI – ADP Earnings Record 2016 |
| GX1184 | RenAMI – ADP Employee Summaries 2016 Q4 |
| GX1185 | RenAMI – ADP Earnings Record 2017 |
| GX1186 | RenAMI – ADP Employee Summaries 2017 Q4 |
| GX1187 | RenAMI – ADP Earnings Record 2018 |
| GX1188 | RenAMI – ADP Employee Summaries 2018 Q2 |
| GX1189 | RenAMI – American Express x1005 – Cardmember Agreement |
| GX1190 | RenAMI – American Express x1005 – Credit Increase Notices |
| GX1191 | RenAMI – American Express x1005 – Current Balance |
| GX1192 | RenAMI – American Express x1005 – Payment Log |
| GX1193 | RenAMI – American Express x1005 – Statements |
| GX1194 | RenAMI – American Express x1021 – Cardmember Agreement |
| GX1195 | RenAMI – American Express x2037 – Cardmember Agreement |
| GX1196 | RenAMI – Bank of America x6893 – Wire Transfers |
| GX1197 | RenAMI – Bank of America x6893 – Cashier's Checks (Apr. 2018-May 2018) |
| GX1198 | RenAMI – Bank of America x6893 – Checks (Dec. 2014-May 2018) |
| GX1199 | RenAMI – Bank of America x6893 – Debits (Apr. 2013-June 2018) |
| GX1200 | RenAMI – Bank of America x6893 – Debits (Feb. 2018-May 2018) |
| GX1201 | RenAMI – Bank of America x6893 – Debits Index (Feb. 2016-Sep. 2017) |
| GX1202 | RenAMI – Bank of America x6893 – Debits Index Feb. 2018-May 2018) |
| GX1203 | RenAMI – Bank of America x6893 – Debits Index (Jan. 2014-Apr. 2018) |
| GX1204 | RenAMI – Bank of America x6893 – Debits Index (Oct. 2010-Oct. 2017) |
| GX1205 | RenAMI – Bank of America x6893 – Debits Index (Sep. 2017-Mar. 2018) |

| GX1206 | RenAMI – Bank of America x6893 – Debits (Oct. 2017-Jan. 2018) |
|--------|------------------------------------------------------------------|
| GX1207 | RenAMI – Bank of America x6893 – Debits |
| GX1208 | RenAMI – Bank of America x6893 and x2894 – Transaction Report (Feb. 2018) |
| GX1209 | RenAMI – Bank of America x6893 – Deposit Tickets (Apr. 2013-June 2018) |
| GX1210 | RenAMI – Bank of America x6893 – Deposit Tickets (Feb. 2018-May 2018) |
| GX1211 | RenAMI – Bank of America x6893 – Deposit Tickets (Jan. 2018-Mar. 2018) |
| GX1212 | RenAMI – Bank of America x6893 – Deposit Tickets (Jan. 2014-Apr. 2018) |
| GX1213 | RenAMI – Bank of America x6893 – Deposit Tickets (Oct. 2010-Sep. 2017) |
| GX1214 | RenAMI – Bank of America x6893 – Deposit Tickets |
| GX1215 | RenAMI – Bank of America x6893 – Deposited Checks (Apr. 2013-June 2018) |
| GX1216 | RenAMI – Bank of America x6893 – Deposited Checks (Aug. 2017-Mar. 2018) |
| GX1217 | RenAMI – Bank of America x6893 – Deposited Checks (Feb. 2018-May 2018) |
| GX1218 | RenAMI – Bank of America x6893 – Deposited Checks (Jan. 2014-Apr. 2018) |
| GX1219 | RenAMI – Bank of America x6893 – Deposited Checks (Oct. 2010-Sep. 2017) |
| GX1220 | RenAMI – Bank of America x6893 – Deposited Checks |
| GX1221 | RenAMI – Bank of America x6893 – Frank Patino Information (Aug. 2017-Mar. 2018) |
| GX1222 | RenAMI – Bank of America x6893 – Sig. Card (Aug. 2017-Mar. 2018) |
| GX1223 | RenAMI – Bank of America x6893 – Sig. Card |
| GX1224 | RenAMI – Bank of America x6893 – Statements (Jan. 2009-Sep. 2017) |
| GX1225 | RenAMI – Bank of America x6893 – Statements (Mar. 2013-Oct. 2018) |
| GX1226 | RenAMI – Bank of America x6893 – Statements (May 2012-Feb. 2013) |
| GX1227 | RenAMI – Bank of America x6893 – Statements (Sep. 2017-Apr. 2018) |
| GX1228 | RenAMI – Bank of Ann Arbor x4368 – Checks |
| GX1229 | RenAMI – Bank of Ann Arbor x4368 – Corporate Resolution |
| GX1230 | RenAMI – Bank of Ann Arbor x4368 – Deposits |
| GX1231 | RenAMI – Bank of Ann Arbor x4368 – Sig. Card |
| GX1232 | RenAMI – Bank of Ann Arbor x4368 – Statements (Mar.-Apr. 2016) |
| GX1233 | RenAMI – Bank of Ann Arbor x4368 – Statements (Oct. 2017-Mar. 2018) |
| GX1234 | RenAMI – Bank of Ann Arbor x4368 – Statements |
| GX1235 | Tri-County – Bank of America x2991 - Debits |
| GX1236 | Tri-County – Bank of America x2991 – Deposit Tickets |
| GX1237 | Tri-County – Bank of America x2991 – Deposited Checks |
| GX1238 | Tri-County – Bank of America x2991 – Sig. Cards |
| GX1239 | Tri-County – Bank of America x2991 - Statements |
| GX1240 | Tri-County – Credit Union One x9563 – Account Opening |
| GX1241 | Tri-County – Credit Union One x9563 – Additional Items |
| GX1242 | Tri-County – Credit Union One x9563 – All Items |
| GX1243 | Tri-County – Credit Union One x9563 – Check Transactions |
| GX1244 | Tri-County – Credit Union One x9563 – Misc. Checks |
| GX1245 | Tri-County – JPMC x1110 – All Items |
| GX1246 | Patino – Tax Returns (2008) |

| GX1247 | Patino – Tax Returns (2009) |
| GX1248 | Gamble – Tax Returns (2009) |
| GX1249 | Patino – Tax Returns (2010) |
| GX1250 | Patino – Client Packet 2010 Taxes |
| GX1251 | Gamble – Tax Returns (2010) |
| GX1252 | Patino – Tax Returns (2011) |
| GX1253 | Gamble – Tax Returns (2011) |
| GX1254 | Patino – IRS Form 1040 Source Documents (2011) |
| GX1255 | Patino – Tax Returns (2012) |
| GX1256 | Gamble – Tax Returns (2012) |
| GX1257 | Patino – Tax Returns (2013) |
| GX1258 | FDRS Diagnostics – Tax Returns (2013) |
| GX1259 | Gamble – Tax Returns (2013) |
| GX1260 | Patino – Tax Returns (2014) |
| GX1261 | FDRS Diagnostics – Tax Returns (2014) |
| GX1262 | Gamble – Tax Returns (2014) |
| GX1263 | FDRS Diagnostics – Schedule K-1 (2013-2014) |
| GX1264 | FDRS Diagnostics – Request for Penalty Abatement (Oct. 26, 2015) |
| GX1265 | Patino Laboratories – Various Financial Forms (2013-2014) |
| GX1266 | Frank Patino – Miscellaneous Tax Documents 2002-2007 |