UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 2:18–cr–20451–DPH–RSW
                                              Hon. Denise Page Hood

Francisco Patino, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing on [222] MOTION for Withdrawal of Attorney David A. Nacht and Fabiola Galguera as to Francisco Patino. **Motion Hearing set for 12/2/2021 03:30 PM before District Judge Denise Page Hood** (LSau)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 709.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/L. Saulsberry
                                                               Case Manager

Dated:   November 4, 2021