UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 18-20451
Hon. Denise Page Hood

v.

FRANCISCO PATINO,

    Defendant.

_____/

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL FOR DEFENDANT [ECF No. 222]

This matter having come before the Court on December 2, 2021 on the Motion for Withdrawal of Counsel for Defendant Francisco Patino [ECF No. 222]; the parties having had an opportunity to be heard, Kathleen Cooperstein for the United States, David Nacht and Fabiola Galguera for Defendant Francisco Patino, as well as Mr. Patino; and the Court being otherwise fully advised in the premises:

IT IS ORDERED that the Motion for Withdrawal of Counsel for Defendant Francisco Patino [ECF No. 222] is GRANTED.

IT IS FURHTER ORDERED that David Nacht and Fabiola Galguera are immediately relieved from further responsibility in this case.

IT IS FURTHER ORDERED that the Federal Community Defender's office in Detroit, Michigan SHALL promptly appoint new counsel in this case to replace Mr. Nacht and Ms. Galguera

IT IS FURTHER ORDERED that the sentencing scheduled for January 20, 2022 at 2:00 p.m. shall remain intact absent further order of this Court.

IT IS SO ORDERED.

Date: December 3, 2021               s/Denise Page Hood
                                     U. S. District Judge

J6290\403003\261879077