**Sentencing Letter**

  To The Honorable Denise Page Hood, I am writing this letter to you in order to give you a different picture of my father, Francisco Patino, than the one you heard about at trial. Growing up, my father taught me the importance of faith, kindness, and charity. I do not know anyone who is as charitable with his time and money as my father.

  As someone who came to this country as a poor Cuban refugee and as a Christian, my father saw it is an obligation to help those in need. He helped many people in impoverished communities in countries like Nigeria and the Dominican Republic. In May of 2004, he took me on a medical mission's trip to Nigeria. There, I saw firsthand how much he likes to serve those less fortunate. He has also assisted in bringing over a number of children to the United States for life altering surgery, so that they can live normal lives. One of those kids, my father worked tirelessly to get him adopted by his host family. When a friend had a cerebral hemorrhage, he hosted a benefit auction so his bills could get paid while he recovered. These are just some of the ways my father helped those in need.

  My dad saw it as his duty to continue helping my mom, even after his court ordered alimony and child support payments expired. Even though they had been divorced for well over a decade at that point, and he was no longer under any legal obligation to help, he saw a moral obligation to make sure she was still financially supported. Now, after my dad's arrest, my 63-year-old mother works a physically demanding job as a Team Lead for the overnight shift at Walmart. My dad frequently expresses his sadness over the fact that my mom must work such a hard job at this point in her life, because he is no longer able to help her.

  He was always a great dad to me. He was a kind man who always took an active role in my life. Growing up, he made it to many of my sporting events and quiz bowl matches. A cherished repeating memory of mine is when he would take me to a wrestling camp in

Wisconsin every year from 1994-2002. The lengthy drive we had was always a great time to bond.

    I hope this letter gives you an idea of the man my father truly is. He is a caring man with big heart for everyone. You will never meet someone who is more willing to help others, even complete strangers, as my dad. Thank you, Judge Hood, for taking the time to read this letter.

    Sincerely,

    Frank J. Patino