July 16, 2022

To: Honorable Denise Page Hood
    c/o Martin E Crandall
    500 Woodward Ave. Suite 3500
    Detroit MI 48226-3435

Dear Honorable Judge Hood,

I write this letter on behalf of Dr. Francisco Patino (inmate number: 56739-039), currently housed at the Federal Detention Center, Milan, Michigan.

To provide you with my pertinent background, I have practiced medicine for over 40 years, more than 30 years of which as a board-certified psychiatry and addictions specialist. I have also worked professionally with prison inmates for over 15 years.

More specifically to Dr. Patino's case, prior to his incarceration, I had known him for more than 50 years--since his adolescence. During this time, I have had ample opportunity to observe Dr. Patino's character, mental and emotional development, as well the formation of his professional ethics, demeanor, judgment and skill.

Prior to his incarceration, Dr. Patino consistently lived according to an unwavering moral compass. He had an exceptional capacity for empathy and compassion towards others. He had always been resolute in his dedication to providing the very best care for all his patients (regardless of age, gender, race or ethnicity) — a dedication that was demonstrable by the intensity of his professional study, clinical research, and skill development. In addition, Dr. Patino had devoted a tremendous amount of time, energy and personal resources in helping the poor and underserved (especially children) in underdeveloped countries in Africa and Latin America.

(I believe the photo included at the end of this letter to be an excellent depiction of Dr. Patino's love for others and his passion to help those who have been less fortunate.)

It was not surprising, therefore, that when I learned the nature of all the charges against him — and I read and heard the local media's baseless mischaracterization of Dr. Patino, his life and his practice — I was astonished to say the least, having known him as well as I had, and knowing that he was incapable of lying, manipulating anyone, committing theft or fraud, or twisting the law to his advantage. The idea of Dr. Patino committing any criminal action was unthinkable to me. In my professional assessment, he had never demonstrated even the smallest trace of antisocial or sociopathic traits — on the contrary, the diametrical opposite of these traits had been the rule in his life.

Since Dr. Patino's incarceration, rather than seeing a man degraded by his alleged crimes, I have witnessed a man who has risen above the accusations and mischaracterizations — a man who has truly overcome, and continues to do so, in the face of unimaginable trials, deprivation and losses (such as the loss of his freedom, of his health, of a life with his beloved wife and children, of his medical profession, of his future…) I have also witnessed the tremendous growth of his personal faith, hope and

1

courage, which has freed and enabled him to manifest his unconditional love for those around him. I never cease to be amazed at how, regardless of his circumstances and personal and physical struggles, Dr. Patino continues to faithfully dedicate his time and energy to teach and encourage others, to help meet their individual needs as best he can, while trusting his destiny to the will of God. And because he has consistently modelled a transparency, inner strength, patience, and welcoming interpersonal hospitality to the inmate population, Dr. Patino has earned a high level of respect—as well as the reputation of one who genuinely cares for them—from the various groups (of all ages, races, cultures, and religions) represented in the inmate population.

In my opinion, Dr. Patino has had a calming, edifying, and hope-engendering effect on every individual with whom he has had personal contact, as well as with those who have attended his prayer and study groups. And I am certain that both officers and staff members have also witnessed this salutary effect.

Judge Hood, I thank you in advance for taking the above into proper consideration when you make your decision on Dr. Patino's case. And, if you have any further questions, please do not hesitate to contact me at pcrod71@yahoo.com.

Sincerely,

Raul Rodriguez, MD
Diplomate, American Board of Psychiatry & Neurology



2