No. 23-1231

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 6, 2023
DEBORAH S. HUNT, Clerk

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

v.

FRANCISCO PATINO,

    Defendant-Appellant.

Before: CLAY, WHITE, and LARSEN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the district court's detention order is AFFIRMED.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk